IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARTHUR GENOVESE,

       Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4874

Opinion filed April 8, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Arthur Genovese, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       The petition for writ of certiorari is denied on the merits.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.